# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2274
Lower Tribunal No. 2023-CP-000787

_____

D.G., a minor and beneficiary of the ESTATE OF FRANTZ GUSTAVE, through VANIA PETIT, D.G.'S mother,

Appellants,

v.

NORBERTO KATZ, Personal Representative of the ESTATE OF FRANTZ GUSTAVE,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Mark S. Blechman, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and PRATT, JJ., concur.


Zachary Zermay, of Zermay Law, P.A., Key West, for Appellants.

Rebecca Mercier Vargas and Stephanie L. Serafin, of Kreusler-Walsh, Vargas & Serafin, P.A., Palm Beach Gardens, and Ryan A. Fletcher and Gregorio A. Francis, of Osborne & Francis, PLLC, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED